UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOEL JOAQUINE BAPTISTA,<br><br>    Petitioner,<br><br>v.<br><br>C. KEETON,<br><br>    Respondent. | Case No. 16-cv-03125-LB<br><br>**ORDER OF DISMISSAL**<br>[Re: ECF No. 1] |

Joel Joaquine Baptista, currently incarcerated at the La Palma Correctional Center in Eloy, Arizona, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1996 conviction and sentence in the Alameda County Superior Court for violations of California Penal Code sections 288(a) and 288.5. Mr. Baptista consented to proceed before a magistrate judge. (ECF No. 3.[1])

The petition is not Mr. Baptista's first federal habeas petition concerning his 1996 conviction and sentence. His first federal habeas petition, in *Baptista v. Clark*, No. C 09-4382 SBA, was dismissed as untimely on September 30, 2010. Thereafter, the Ninth Circuit denied a certificate of appealability, and the United States Supreme Court denied Mr. Baptista's petition for writ of

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

certiorari.

A second or successive petition may not be filed in this court unless a petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Mr. Baptista has not obtained an order from the Ninth Circuit permitting the filing of a second or successive petition. This court will not entertain a new petition from Mr. Baptista until he first obtains permission from the Ninth Circuit to file such a petition. This action is DISMISSED without prejudice to Mr. Baptista filing a petition in this Court after he obtains the necessary order from the Ninth Circuit.

If Mr. Baptista wants to attempt to obtain the necessary order from the Ninth Circuit, he should file an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is enclosed with this order for his convenience.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  August 5, 2016

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JOAQUINE BAPTISTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. KEETON,<br><br>　　　　Defendant. | Case No. 3:16-cv-03125-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel Joaquine Baptista ID: J-91603
Capalma Corrections
5501 N. La Palma Road
Eloy, AZ 85131

Dated: August 5, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ L. Scott
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

3